# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

KARLA BRINTLEY,

    Plaintiff,

v.

Case No:
2:17-cv-13913-JEL-MKM

BI-COUNTY PTC FEDERAL CREDIT UNION, a federal credit union,

    Defendant.

_____/

| | |
|---|---|
| Jennifer B. Salvatore (P66640) | Scott J. Ferrell, Esq. (*admission pending*) |
| Salvatore Prescott & Porter, PLLC | Pacific Trial Attorneys |
| Attorneys for Plaintiff | Attorneys for Plaintiff |
| 105 East Main Street | 4100 Newport Place Drive, Suite 800 |
| Northville, Michigan 48167 | Newport Beach, CA 92660 |
| Phone: (248) 679-8711 | Phone: (949) 706-6464 |
| Fax: (248) 773-7280 | Fax: (949) 706-6469 |
| salvatore@spplawyers.com | sferrell@pacifictrialattorneys.com |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff KARLA BRINTLEY voluntarily dismisses the above-captioned action with prejudice.

                                    Respectfully submitted,

Date: April 10, 2018

                                    /s/ Jennifer B. Salvatore
Jennifer B. Salvatore, Esq. (P66640)
Salvatore Prescott & Porter, PLLC
Attorneys for Plaintiff
105 East Main Street
Northville, Michigan 48167
Phone: (248) 679-8711
Fax: (248) 773-7280
salvatore@spplawyers.com

/s/ Scott J. Ferrell
Scott J. Ferrell, Esq. (*admission pending*)
Pacific Trial Attorneys
Attorneys for Plaintiff
4100 Newport Place Drive, Suite 800
Newport Beach, CA 92660
Phone: (949) 706-6464
Fax: (949) 706-6469
sferrell@pacifictrialattorneys.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was served upon all parties to the above cause to each of the attorneys/parties of record herein by electronic filing on the 10th day of April 2018.

                                    /s/ Jennifer B. Salvatore